
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W14CR161** |
| Plaintiff, | * | INDICTMENT |
| V. | * | [VIO: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii) – Possession With Intent to Distribute at Least 50 Grams of Methamphetamine, a Schedule II Controlled Substance] |
| HENRY DAVID WALKER, | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

On or about July 24, 2014, in the Western District of Texas, the Defendant,

**HENRY DAVID WALKER,**

unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

A TRUE BILL.

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

ROBERT PITMAN
United States Attorney

By: MARK L. FRAZIER
Assistant United States Attorney

SEALED _____
UNSEALED __X__

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**W14CR161**

DATE: __08-12-2014__   MAG CT. # __W14-130M__   CASE NO. _____
COUNTY: __McLENNAN__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ MARK L. FRAZIER _____

DEFENDANT: __HENRY DAVID WALKER__                   DOB: _____

CITIZENSHIP:        United States __X__      Mexican ____      Other _____
INTERPRETER NEEDED: Yes _____              No __X__          Language _____

DEFENSE ATTORNEY: _____ Joe H. Rodriguez _____

DEFENDANT IS:   In Jail __YES__       WHERE: __McLennan County Jail__
                On Bond __NO__

PROSECUTION BY:   INFORMATION _____   INDICTMENT __X__

OFFENSE: (Code & Description): __21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii) – Possession With Intent to Distribute at Least 50 Grams of Methamphetamine, a Schedule II Controlled Substance__

OFFENSE IS:   FELONY __X__         MISDEMEANOR _____

MAXIMUM SENTENCE: __Not less than 5 years nor more than 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR__

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR
                        Mandatory Minimum

REMARKS: ████████████████████