


IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W-14-CR-161 |
| | * | |
| Plaintiff, | * | SUPERSEDING INDICTMENT |
| | * | |
| V. | * | [VIO: 21 U.S.C. 841(a)(1) & |
| | * | 841(b)(1)(A)(viii) – Possession With Intent |
| HENRY DAVID WALKER, | * | to Distribute at Least 50 Grams of |
| | * | Methamphetamine, a Schedule II Controlled |
| Defendant | * | Substance] |

THE GRAND JURY CHARGES:

On or about July 24, 2014, in the Western District of Texas, the Defendant,

**HENRY DAVID WALKER,**

unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved at least 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL:

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

ROBERT PITMAN
United States Attorney

By: _____
    MARK L. FRAZIER
    Assistant United States Attorney

SEALED _____
UNSEALED  X

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE:  08-12-2014     MAG CT. # W14-130M     CASE NO.  W-14-CR-161
COUNTY:  McLENNAN

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY           MARK L. FRAZIER

DEFENDANT:  HENRY DAVID WALKER           DOB: _____

CITIZENSHIP:         United States   X      Mexican \_\_\_\_\_     Other _____
INTERPRETER NEEDED:  Yes _____         No   X         Language _____

DEFENSE ATTORNEY:           Joe H. Rodriguez

DEFENDANT IS:    In Jail   YES              WHERE:    McLennan County Jail
                 On Bond   NO

PROSECUTION BY:       INFORMATION  _____       INDICTMENT  _____
                      SUPERSEDING INDICTMENT   X    (Changing charge)

OFFENSE: (Code & Description):   21 U.S.C. 841(a)(1) & 841(b)(1)(A)(viii) – Possession With Intent to Distribute at Least 50 Grams of Methamphetamine, a Schedule II Controlled Substance

OFFENSE IS:     FELONY       X             MISDEMEANOR _____

MAXIMUM SENTENCE:   Not less than 10 years nor more than life custody; $10,000,000 fine; $100 special assessment; at least 5 years TSR

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR
                         Mandatory Minimum

REMARKS:  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆